# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Mykel Andrews ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 13 CV 08513 |
| ) | |
| CitiMortgage, Inc. ) | |
| ) | |
| ) | Judge Leinenweber |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF FILING

TO:  DYKEMA GOSSETT PLLC
10 South Wacker, Suite 2400
Chicago, Illinois 60606

**PLEASE TAKE NOTICE,** that on Thursday, September 11, 2014, Plaintiff caused to be filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division *Plaintiff's Response to Motion to Dismiss*, a copy of which is hereby served upon you.

Respectfully submitted,

*David A. Kadzai*

_____
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I filed the foregoing *Notice of Filing* with the Clerk of the Court, which will send notification of such filing to the following at the email addresses on file with the Court.